**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) NO. 06-04080-01-CR-C-NKL |
| Plaintiff, | )<br>) |
| v. | ) 29 U.S.C. § 501<br>)   NMT 5 years and $250,000<br>)   Supervised Release: NMT 3 years |
| **DAVID E. HLAVACEK,**<br>[DOB: 1950] | )<br>)<br>) $100 mandatory penalty assessment |
| Defendant. | ) |

**I N F O R M A T I O N**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

From on or about February 2003 to on or about September 2005, in the Western District of Missouri, the defendant DAVID HLAVACEK, while Secretary-Treasurer of the American Postal Workers' Union Local 7065 and the Missouri State Postal Workers' Union, each of which is a labor organization engaged in an industry affecting commerce, did knowingly and willfully abstract and convert to his own use the moneys, funds, property, and other assets of said labor organizations, all in violation of Title 29, United States Code, Section 501(c).

**Bradley J. Schlozman**
United States Attorney

By
/s/

**Lawrence E. Miller**
Assistant United States Attorney